FILED
CLERK, U.S. DISTRICT COURT

JAN 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) <br>                   Plaintiff,       ) <br>      vs.                                    ) <br> FRANCISCO MORENO-SAUCEDO ) <br> ~~RORY DENNIS BROSNAN~~         ) <br>                   Defendant.      ) | Case No.: 12-MJ-164 <br> ~~12-MJ-155~~ <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **SDCA** for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **defendant's unemployment, absence of bail,**

1  and substance abuse history.

4       and/or

5  B.   ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's prior record, release violations r substance abuse history.

       IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/25/12

*(signature)*

CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE